UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RODIS RODRIGUEZ
     Plaintiff(s)

VS.                                      C.A. No. 1:19-cv-549

CITY OF PROVIDENCE
     Defendant(s)

## NOTICE OF REMOVAL

Defendant, City of Providence, files this Notice of Removal in accordance with 28 U.S.C. §§ 1441 and 1446 and hereby remove to this Court the above action pending in the Rhode Island Superior Court in Providence County ("the Action").   Removal is proper for the following reasons:

1.      The Action was commenced on or about September 6, 2019 in the Rhode Island Superior Court for Providence County.  The Action is captioned *Rodis Rodriguez v. City of Providence*, C.A. No. PC-2019-9316.

2.      The Defendant was served with the Summons and Complaint on October 4, 2019

3.      A true and accurate copy of the Summons and Complaint served upon the Defendant is attached hereto as **Exhibit A**.

4.      The documents attached hereto as **Exhibit A** represent the entirety of the pleadings and filings in the Action as of the filing of this Notice of Removal.

5.      The Defendant, City of Providence, is the sole defendant in this matter at this time.

6.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) inasmuch as it has been filed within thirty (30) days of the date on which the Defendant was served with the Complaint.

7.      This Court has original "federal question" jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the Complaint states causes of action under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981.   (Ex. A.).

8.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Providence County Superior Court in accordance with the Notice of Filing Notice of Removal, attached hereto as **Exhibit B**.  A copy of both Notices will be served upon Plaintiff's counsel.

9.      In accord with Local Rule Gen 303, a civil cover sheet is filed in conjunction with this Notice of Removal.

DEFENDANT,
CITY OF PROVIDENCE
By Its Attorney(s),


    /s/ James A. Musgrave
James A. Musgrave (#6640)
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE, INC.
Ten Weybosset Street, 8th Floor
Providence, RI   02903
(401) 521-7000    FAX 401-521-1328
jmusgrave@rcfp.com

## CERTIFICATION

I, James A. Musgrave, hereby certify that on October 17, 2019, I served the foregoing by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to the following:

Joseph R. Daigle, Esq.
LAW OFFICE OF JOSEPH R. DAIGLE
4 Richmond Square
Unit 150
Providence, RI 02906

/s/ James A. Musgrave

JAM:lcg
5367-9
(3536307)